```
                          United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                      Case No. 20-11614-aih
Robert Franklin Travis, Jr.                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0647-1         User: nbrow              Page 1 of 1              Date Rcvd: Jul 16, 2020
                             Form ID: pdf746          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Robert Franklin Travis, Jr.,   1130 Hunting Hollow,   Grafton, OH 44044-1072
               +Ford Motor Company,   Payroll Service - IWO Dept,   1 American Road WHQ 727-E2,
                 Dearborn, MI 48126-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jul 16 2020 23:25:20     Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              Mortgage Research Center, LLC d/b/a Veterans Unite
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Edward A. Bailey    on behalf of Creditor   Ford Motor Credit Company LLC bknotice@reimerlaw.com
              Edward A. Bailey    on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans United
               Home Loans, a Missouri Limited Liability Company bknotice@reimerlaw.com
              Lauren A. Helbling    ch13trustee@ch13cleve.com,   lhelbling13@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Robert Franklin Travis, Jr. docket@ohbksource.com,
               janet@ohbksource.com
                                                                                             TOTAL: 4

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 16, 2020, which may be different from its entry on the record.**

IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT
BY:  /s/ Nikita Brown Speed
_____
**Deputy Clerk**

Dated:  July 16, 2020

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Robert Franklin Travis Jr | ) | Case No. 20-11614-aih |
| XXX-XX-2719 | ) | Chapter 13 Proceedings |
| Debtor(s) | ) | Judge Arthur I. Harris |

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM DEBTOR-EMPLOYEE'S WAGES, COMBINED WITH RELATED ORDERS**

To:   FORD MOTOR COMPANY,

The above named Debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name: FORD MOTOR COMPANY
Address: PAYROLL SERVICE - IWO DEPT
1 AMERICAN ROAD WHQ 727-E2
City/State/Zip: DEARBORN, MI 48126
Phone: (313)322-3000

In accordance with the relevant provisions of the Debtor's proposed plan,

**IT IS, THEREFORE, ORDERED**, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $2,252.00 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this Court. The Chapter 13 Trustee's name and payment address are:

Lauren A. Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
**Include the case number shown above with all payments**

**IT IS FURTHER ORDERED**, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

**IT IS FURTHER ORDERED** that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the Trustee certifies that this form is identical in all respects to the official form.

Submitted by:

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

Revised October 1, 2017

### SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

WILLIAM J BALENA, Attorney for Debtor(s)
(served via ECF)

Robert Franklin Travis Jr, Debtor(s)
1130 HUNTING HOLLOW
GRAFTON, OH 44044


FORD MOTOR COMPANY, Employer
PAYROLL SERVICE - IWO DEPT
1 AMERICAN ROAD WHQ 727-E2
DEARBORN, MI 48126

###