UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - CLEVELAND

| In re: | ) | CASE NO. 20-11614 |
|---|---|---|
| ROBERT FRANKLIN TRAVIS, JR. | ) | CHAPTER 13 |
| | ) | JUDGE ARTHUR I. HARRIS |
| Debtor | ) | **MOTION OF FOX RUN ASSOCIATION, INC. FOR RELIEF FROM STAY** |
| | ) | **(Property Located at: 1130 Hunting Hollow, Grafton, OH 44044)** |

1. Fox Run Association, Inc. (the "Movant") moves this Court, under Bankruptcy Code §§361, 362, and 363, and other sections of Title 11 of the United States Code, and under Federal Rule of Bankruptcy Procedure 4001, and under Local Bankruptcy Rule 4001-1, and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by §362 of the Bankruptcy Code. In support of this Motion, the Movant states:

MEMORANDUM IN SUPPORT

2. The Court has jurisdiction over this matter under 28 U.S.C. §§157 and 1334. This is a core proceeding under 28 U.S.C. §157(b)(2). The venue of this case and this motion is proper under 28 U.S.C. §§1408 and 1409.

3. On September 29, 2017, the Debtor, Robert Franklin Travis, Jr. (collectively, the

“Debtor”) became owner of the Property at 1130 Hunting Hollow, Grafton, OH 44044 as more fully described in the copy of the Warranty Deed, which is attached to this Motion as Exhibit “A”, and, by virtue of ownership, automatically became a member of Movant and subject to its Declaration of Easements, Covenants and Restrictions which was recorded with the Office of the Lorain County Recorder at Instrument No. 2005-0098437.

4. N/A

5. Pursuant to Ohio Revised Code §5311.18 and the covenants and conditions of the Declaration of Easements, Covenants and Restrictions, Movant prepared a lien when Debtor became delinquent paying assessments, which were duly perfected in the office of the Lorain County Recorder on March 7, 2022, as Instrument No. 2022-0865651. A copy of this recorded lien is attached hereto as Exhibit "B” and made a part hereof. The lien is believed to be the 1st lien on the property (the “Collateral”).

6. N/A

7. N/A

8. N/A

9. The market value of the Collateral is $225,880.00. This is the valuation as set by the Lorain County Auditor.

10. As of the date of this motion, there is currently due and owing the outstanding balance of $6,752.00 as described in more detail on the worksheet. The total provided in this paragraph cannot be relied upon as a payoff quotation.

11. N/A.

12. Other parties known to have an interest in the Collateral besides the debtor(s), the Movant, and the trustee are (check all that apply):

- ☐ N/A.
- ☐ N/A
- ☐ <CO-OWNERS, IF APPLICABLE, STATE NAME>.

- ☑ Freedom Mortgage Corporation

13. Movant is entitled to relief from the automatic stay under Bankruptcy Code §362(d) for these reason(s) (check all that apply):

- ☐ Debtor has failed to provide adequate protection for the lien held by the Movant for these reasons: <EXPLAIN> .
- ☐ Debtor has failed to keep the Collateral insured as required by the Security Agreement.
- ☐ Debtor has failed to keep current the real estate taxes owed on the Collateral.
- ☑ Debtor has failed to make periodic payments to Movant for the months of July, 2018, which unpaid payments are in the aggregate amount of $6,752.00 through April 12, 2022. The total provided in the paragraph cannot be relied upon as a reinstatement quotation.
- ☐ Debtor is delinquent in funding the plan, and therefore the trustee has failed to make periodic payments to Movant since the commencement of the bankruptcy case for the months of <STATE EACH MONTH AND YEAR>, which unpaid payments are in the aggregate amount of <AMOUNT> through <DATE>. The total provided in this paragraph cannot be relied upon as a postpetition reinstatement quotation.
- ☐ Debtor has no equity in the Collateral, because the Collateral is valued at , and including the Movant's lien, there are liens in an aggregate amount of on the Collateral.
- ☐ Debtor(s) plan provides for surrender of the Collateral.

- ☐ The property is not necessary to an effective reorganization because:

- ☐ Other cause (set forth with specificity): Other cause (set forth with specificity):

14. Movant has completed the worksheet, attached as Exhibit "C" .

15. This Motion conforms to the standard form adopted in this District except as

follows: **this Motion deviates from the standard form because Movant is a property owners association that is entitled to relief as more fully explained hereinabove**.

WHEREFORE, Movant prays for an order from the Court granting Movant relief from the automatic stay of Bankruptcy Code §362 to permit Movant to proceed under applicable nonbankruptcy law.

        Respectfully submitted

        KAMAN & CUSIMANO, LLC

        /s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
bankruptcy@kamancus.com

## CERTIFICATE OF SERVICE

I certify that on April 19, 2022, a true and correct copy of Motion of Fox Run Association, Inc. for Relief from Stay pursuant to Bankruptcy Rule 2002(g) Providing Address for Service of Notices was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J. Balena, Esq., on behalf of Robert Franklin Travis, Jr., debtor

Lauren Helbling, Esq., ***Chapter 13 Trustee*** at lhelbling13@ecf.epiqsystems.com

Andrew R. Vara, Esq., ***U.S. Trustee***, at ustregisteredmailbox@usdoj.gov and at ustpregion09.cl.ecf@usdoj.gov

Cynthia A. Jeffrey, on behalf of Creditor Ford Motor Credit Company at bankruptcy@weinerlaw.com

Patrick A. Hruby, on behalf of Creditor Freedom Mortgage Corporation at Patrick.hrupby@brokandscott.com

Richard John LaCivita, on behalf of Creditor Mortgage Research Center, LLC at bknotice@reimerlaw.com

And by regular U.S. mail, postage prepaid, to:

Robert Franklin Travis, Jr.
1130 Hunting Hollow
Grafton, OH 44044
***Debtor***

/s/ Shannon M. McCormick

Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478
bankruptcy@kamancus.com

Page 1 of 2

TRANSFERRED
IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE

SEP 29 2017

fee pd
$190.00

J. CRAIG SNODGRASS, CPA, CGFM
LORAIN COUNTY AUDITOR

MO

2017 SEP 29 P 1:41 005544

EXHIBIT A

Doc ID: 020188410002 Type: OFF
Kind: DEEDS
Recorded: 09/29/2017 at 02:14:12 PM
Fee Amt: $28.00 Page 1 of 2
Lorain County, Ohio
Judith M Nedwick County Recorder
File 2017-0646227

# GENERAL WARRANTY DEED

(Ohio Statutory Form: R.C. §5302.05)

**KNOW ALL PERSONS BY THESE PRESENTS** that **KNG, Ltd., an Ohio Limited Liability Company**, the Grantor, grants, with statutory general warranty covenants under R.C. §5302.06, to **Robert Travis, Jr., Single**, the Grantee, the following real property:

Situated in the Village of Grafton, County of Lorain and State of Ohio:

And known as being Sublot No. 24 in Fox Run Subdivision No. 2 of a part of Original Eaton Township Lot No. 99, as shown by the recorded plat thereof in Volume 86 of Maps, Pages 57 and 58 of Lorain County Records, be the same more or less.

Permanent Parcel No.: **11-00-099-000-362**

Property Address: **1130 Hunting Hollow, Grafton, OH 44044**

Tax Mailing Address: **1130 Hunting Hollow, Grafton, OH 44044**

Prior Instrument Reference: **Lorain County Records Document No. 040003442**

*The real property described above is conveyed subject to, and there are excepted from the general warranty covenants, the following:* all easements, covenants, conditions and restrictions of record; all legal highways; zoning, building and other laws, ordinances and regulations; real estate taxes and assessments not yet due and payable; and rights of tenants in possession.

UNOFFICIAL

Legal description reviewed by TS
on 8/24/17 per ORC, Section 5713.09

Executed this 28th day of September, 2017.

**GRANTOR:**

**KNG, Ltd.**

By: ______________________
Kevin J. Flanigan, Managing Member

STATE OF OHIO )
) ss:
COUNTY OF LORAIN )

BEFORE ME, a Notary Public in and for said County and State, personally appeared the above-named **Kevin J. Flanigan, Managing Member of Grantor KNG, Ltd.**, who acknowledged that he did sign this instrument and that the same is his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal at Sheffield Village, Ohio, this 28th day of September, 2017.

______________________
NOTARY PUBLIC

NOTARY PUBLIC STATE OF OHIO

MARY H. FELTON
Notary Public, State of Ohio
My Commission Expires
August 22, 2022

*This Instrument prepared by:*
Mark F. Craig, Esq.
155 Brookvalley Drive
Elyria, OH 44035
*Phone:* (440) 973-6827

**Box: Fidelity National Title Company**

700171273/SAB

FIDELITY NATIONAL TITLE
COMPANY, LLC
5340 MEADOW LANE
SHEFFIELD VILLAGE, OH 44054

UNOFFICIAL



Doc ID: 023382530002 Type: OFF
Kind: ASSESSMENT LIEN
Recorded: 03/07/2022 at 10:31:30 AM
Fee Amt: $34.00 Page 1 of 2
Lorain County, Ohio
Mike Doran County Recorder
File 2022-0865651

FOX RUN ASSOCIATION, INC.
CERTIFICATE OF CONTINUING LIEN

Pursuant to Ohio Revised Code § 5312.12 and Article XI, Section 11.7; Article XII of the Declaration of Easements, Covenants and Restrictions for Fox Run, filed for record in Instrument No. 2005-0098437, *et seq.* of Lorain County Records, the undersigned, Fox Run Association, Inc., hereby claims a continuing lien against the following described lot:

Record Owner: Robert Travis Jr.
Description of Lot: 1130 Hunting Hollow PPN:11-00-099-000-362
Grafton, OH 44044

Amount: $6,352.00, plus interest at determined from time to time by the Board, but in no event greater than the highest legal rate which may be charged to an individual without being usurious (but not greater than fifteen percent (15%) per annum) from the 23rd day of February, 2022 and any unpaid assessments accruing hereinafter until this lien is satisfied.

State of Ohio, }
County of Cuyahoga } ss

IN WITNESS WHEREOF, Fox Run Association, Inc. has caused this Certificate of Lien to be executed by its duly authorized representative this 2 day of March, 2022.

Fox Run Association, Inc.

By: [signature]
Designated Representative
Shannon M. McCormick, Esq.

Subscribed and sworn to before me by Shannon M. McCormick, Esq. this 2nd day of March, 2022.

SAMANTHA L. MILORO
Notary Public, State of Ohio
My Commission Expires
August 12, 2025

[signature]
Notary Public

This instrument was prepared by Shannon M. McCormick, Esq.
Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113 (216) 556-2268

THE CLAIM SECURED BY THIS LIEN HAS BEEN PAID AND THE LIEN IS HEREBY SATISFIED AND DISCHARGED.

DATE: __________ Fox Run Association, Inc.

By:______________________________
Designated Representative

State of Ohio, }
County of ______________ } ss

Subscribed and sworn to before me by ______________________________ this _____ day of ________________, ______.

______________________________
Notary Public

**Situated in the Village of Grafton, County of Lorain State of Ohio:**

**And known as being Sublot No. 24 in Fox Run Subdivision No. 2 of a part of Original Eaton Township Lot No. 99, as shown by the recorded plat thereof in Volume 86 of Maps, Pages 57 and 58 of Lorain County Records, be the same more or less.**

**Permanent Parcel No: 11-00-099-000-362**

**Property Address: 1130 Hunting Hollow, Grafton, OH 44044**

KAMAN & CUSIMANO ATTORNEYS
2000 TERMINAL TOWER
50 PUBLIC SQUARE
CLEVELAND, OH 44113

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| In re: | ) | CASE NO. 20-11614 |
| | ) | |
| ROBERT FRANKLIN TRAVIS, JR. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| Debtor | ) | |
| | ) | **FOX RUN ASSOCIATION, INC.'S RELIEF FROM STAY WORKSHEET** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I. LOAN* DATA

*Movant is a Property owners association and, therefore the Motion does not involve a "LOAN"

A. IDENTIFICATION OF COLLATERAL (check all that apply):

☑ Real Estate 1130 Hunting Hollow, Grafton, OH 44044
  ☑ Principal Residence of Debtor(s)
  ☐ Other

☐ Personal Property
☐ Debtor's Chapter 13 Plan provides for surrender of the Collateral.
☐ Other Property [[describe if applicable]]

B. CURRENT VALUE OF COLLATERAL: $225,880.00

C. SOURCE OF COLLATERAL VALUATION: Lorain County Auditor

D. ORIGINAL LENDER: N/A

E. ENTITY ENTITLED TO ENFORCE THE NOTE: N/A

F. CURRENT LOAN SERVICER: N/A

G. DATE OF LOAN: N/A

H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: N/A

I. ORIGINAL INTEREST RATE ON NOTE: N/A

J. CURRENT INTEREST RATE: N/A

K. ORIGINAL MONTHLY PAYMENT AMOUNT (principal and interest only for mortgage loans): N/A

L. CURRENT MONTHLY PAYMENT AMOUNT: $150.00

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

- ☐ Includes an escrow amount of $__________ for real estate taxes.
- ☐ Includes an escrow amount of $__________ for property insurance.
- ☐ Includes an escrow amount of $__________ for ____________________.
- ☑ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: July 1, 2018

O. AMOUNT OF LAST PAYMENT RECEIVED: $120.00

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: N/A

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

| | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $ N/A | | |
| B. | INTEREST | $ N/A | | |
| C. | TAXES | $ N/A | | |
| D. | INSURANCE | $ N/A | | |
| E. | LATE FEES | $ N/A | | |

| F. | NON-SUFFICIENT FUNDS FEES | $ N/A | | |
|---|---|---|---|---|
| G. | PAY-BY-PHONE FEES | $ N/A | | |
| H. | BROKER PRICE OPINIONS | $ N/A | | |
| I. | FORCE-PLACED INSURANCE | $ N/A | | |
| J. | PROPERTY INSPECTIONS | $ N/A | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $ N/A | | |

***SEE ATTACHED POST-PETITION ACCOUNT HISTORY***

***Arrearages:***

*BEFORE DATE OF FILING:* *$2,400.00*
*AFTER DATE OF FILING:* *$4,352.00*

TOTAL DEBT: $6,752.00
LESS AMOUNT HELD IN SUSPENSE: $N/A

TOTAL OF DEBT AS OF DATE MOTION IS FILED: $ 6,752.00
* This total cannot be relied upon as a payoff quotation.

This Worksheet was prepared by:

/s/ Shannon M. McCormick
Darcy Mehling Good (0068249)
Shannon M. McCormick (0084855)
KAMAN & CUSIMANO, LLC
50 Public Square, Suite 2000
Cleveland, OH 44113
(216) 696-0650 / FAX (216) 771-8478

M1-FXRN Fox Run Association
Grafton OH 44044

Lawrence Community Management
1507 Lear Industrial Pkwy.
Suite 1
Avon OH 44011

| Unit | Space | Owner | Type | Date | CC | Description | Check | Charge Amount | Payment/Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | | 02 | | | | App# 26242 | Beg Bal | | | 0.00 |
| Robert Travis, Jr.- PRE | | | Chg | 08/01/2018 | MF | Maintenance Fee | | 120.00 | | 120.00 |
| 1130 Hunting Hollow | | | Chg | 09/01/2018 | MF | Maintenance Fee | | 120.00 | | 240.00 |
| Grafton OH 44044 | | | Chg | 10/01/2018 | MF | Maintenance Fee | | 120.00 | | 360.00 |
| | | | Chg | 11/01/2018 | MF | Maintenance Fee | | 120.00 | | 480.00 |
| 1130 Hunting Hollow | | | Chg | 12/01/2018 | MF | Maintenance Fee | | 120.00 | | 600.00 |
| Grafton OH 44044 | | | Chg | 01/01/2019 | MF | Maintenance Fee | | 120.00 | | 720.00 |
| | | | Chg | 02/01/2019 | MF | Maintenance Fee | | 120.00 | | 840.00 |
| | | | Chg | 03/01/2019 | MF | Maintenance Fee | | 120.00 | | 960.00 |
| | | | Chg | 04/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,080.00 |
| | | | Chg | 05/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,200.00 |
| | | | Chg | 06/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,320.00 |
| | | | Chg | 07/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,440.00 |
| | | | Chg | 08/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,560.00 |
| | | | Chg | 09/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,680.00 |
| | | | Chg | 10/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,800.00 |
| | | | Chg | 11/01/2019 | MF | Maintenance Fee | | 120.00 | | 1,920.00 |
| | | | Chg | 12/01/2019 | MF | Maintenance Fee | | 120.00 | | 2,040.00 |
| | | | Chg | 01/01/2020 | MF | Maintenance Fee | | 120.00 | | 2,160.00 |
| | | | Chg | 02/01/2020 | MF | Maintenance Fee | | 120.00 | | 2,280.00 |
| | | | Chg | 03/01/2020 | MF | Maintenance Fee | | 120.00 | | 2,400.00 |
| | | | | | | | End Bal | | | 2,400.00 |

Hans Burkhardt
3/29/2021

REC'D AFTER
2/19

3:57 PM

03/19/21

# Fox Run Homeowners Association
## Open Invoices
### All Transactions

**Travis, Robert Jr.**

| | | | | | |
|---|---|---|---|---|---|
| Invoice | 08/01/20 | 2131 | 08/01/201 | 961 | 120.00 |
| Invoice | 09/01/20 | 2172 | 09/01/201 | 930 | 120.00 |
| Invoice | 10/01/20 | 2212 | 10/01/201 | 900 | 120.00 |
| Invoice | 11/01/20 | 2253 | 11/01/201 | 869 | 120.00 |
| Invoice | 12/01/20 | 2292 | 12/01/201 | 839 | 120.00 |
| Invoice | 01/01/20 | 2333 | 01/01/201 | 808 | 120.00 |
| Invoice | 02/01/20 | 2374 | 02/01/201 | 777 | 120.00 |
| Invoice | 03/01/20 | 2415 | 03/01/201 | 749 | 120.00 |
| Invoice | 04/01/20 | 2454 | 04/01/201 | 718 | 120.00 |
| Invoice | 05/01/20 | 2496 | 05/01/201 | 688 | 120.00 |
| Invoice | 06/01/20 | 2543 | 06/01/201 | 657 | 120.00 |
| Invoice | 07/01/20 | 2585 | 07/01/201 | 627 | 120.00 |
| Invoice | 08/01/20 | 2629 | 08/01/201 | 596 | 120.00 |
| Invoice | 09/01/20 | 2671 | 09/01/201 | 565 | 120.00 |
| Invoice | 10/01/20 | 2713 | 10/01/201 | 535 | 120.00 |
| Invoice | 11/01/20 | 2755 | 11/01/201 | 504 | 120.00 |
| Invoice | 12/01/20 | 2797 | 12/01/201 | 474 | 120.00 |
| Invoice | 01/01/20 | 2839 | 01/01/202 | 443 | 120.00 |
| Invoice | 02/01/20 | 2881 | 02/01/202 | 412 | 120.00 |
| Invoice | 03/01/20 | 2923 | 03/01/202 | 383 | 120.00 |
| Invoice | 04/01/20 | 2967 | 04/01/202 | 352 | 120.00 |
| Invoice | 05/01/20 | 3012 | 05/01/202 | 322 | 120.00 |
| Invoice | 06/01/20 | 3060 | 06/01/202 | 291 | 120.00 |
| Invoice | 07/01/20 | 3107 | 07/01/202 | 261 | 120.00 |
| Invoice | 08/01/20 | 3161 | 08/01/202 | 230 | 150.00 |
| Invoice | 09/01/20 | 3206 | 09/01/202 | 199 | 150.00 |
| Invoice | 10/01/20 | 3254 | 10/01/202 | 169 | 150.00 |
| Invoice | 11/01/20 | 3305 | 11/01/202 | 138 | 150.00 |
| Invoice | 12/01/20 | 3353 | 12/01/202 | 108 | 150.00 |
| Invoice | 01/01/20 | 3401 | 01/01/202 | 77 | 150.00 |
| Invoice | 02/01/20 | 3450 | 02/01/202 | 46 | 150.00 |
| Invoice | 03/01/20 | 3520 | 03/01/202 | 18 | 150.00 |
| Total Travis, Robert Jr. | | | | | 4,080.00 |

M1-FXRN Fox Run Association
Grafton OH 44044

Lawrence Community Management
1507 Lear Industrial Pkwy.
Suite 1
Avon OH 44011

| Unit | Space | Owner | Type | Date | CC | Description | Check | Charge Amount | Payment/Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | | 01 | | | | App# 22711 | Beg Bal | | | 0.00 |
| Robert Travis Jr. | | | Chg | 04/01/2021 | MF | Maintenance Fee | | 150.00 | | 150.00 |
| 1130 Hunting Hollow | | | Chg | 04/01/2021 | MF | Beginning Balance | | 4,080.00 | | 4,230.00 |
| Grafton OH 44044 | | | Cr | 04/01/2021 | MF | Move to Pre Acct | | | -2,400.00 | 1,830.00 |
| | | | Chg | 04/30/2021 | LF | Late Fee | | 25.00 | | 1,855.00 |
| 1130 Hunting Hollow | | | Chg | 05/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,005.00 |
| Grafton OH 44044 | | | Chg | 05/31/2021 | LF | Late Fee | | 25.00 | | 2,030.00 |
| | | | Chg | 06/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,180.00 |
| | | | Chg | 06/30/2021 | LF | Late Fee | | 25.00 | | 2,205.00 |
| | | | Chg | 07/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,355.00 |
| | | | Chg | 07/29/2021 | LG | Collection Letter | | 115.00 | | 2,470.00 |
| | | | Chg | 07/31/2021 | LF | Late Fee | | 25.00 | | 2,495.00 |
| | | | Chg | 08/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,645.00 |
| | | | Chg | 08/31/2021 | LF | Late Fee | | 25.00 | | 2,670.00 |
| | | | Chg | 09/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,820.00 |
| | | | Chg | 09/30/2021 | LF | Late Fee | | 25.00 | | 2,845.00 |
| | | | Chg | 10/01/2021 | MF | Maintenance Fee | | 150.00 | | 2,995.00 |
| | | | Chg | 10/31/2021 | LF | Late Fee | | 25.00 | | 3,020.00 |
| | | | Chg | 11/01/2021 | MF | Maintenance Fee | | 150.00 | | 3,170.00 |
| | | | Chg | 11/30/2021 | LF | Late Fee | | 25.00 | | 3,195.00 |
| | | | Chg | 12/01/2021 | MF | Maintenance Fee | | 150.00 | | 3,345.00 |
| | | | Chg | 01/01/2022 | MF | Maintenance Fee | | 150.00 | | 3,495.00 |
| | | | Chg | 01/28/2022 | LF | Late Fee | | 25.00 | | 3,520.00 |
| | | | Chg | 02/01/2022 | MF | Maintenance Fee | | 150.00 | | 3,670.00 |
| | | | Chg | 02/23/2022 | LG | Prep, File Lien | | 282.00 | | 3,952.00 |
| | | | Chg | 02/24/2022 | LF | Late Fee | | 25.00 | | 3,977.00 |
| | | | Chg | 03/01/2022 | MF | Maintenance Fee | | 150.00 | | 4,127.00 |
| | | | Chg | 03/31/2022 | LF | Late Fee | | 25.00 | | 4,152.00 |
| | | | Chg | 04/01/2022 | MF | Maintenance Fee | | 150.00 | | 4,302.00 |
| | | | | | | | End Bal | | | 4,302.00 |

3/08/2022 SSN/Address Search 50.00 4352.00