# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:   ROBERT FRANKLIN TRAVIS JR          ) Case No. 20-11614-aih
                                            ) Chapter 13 Proceedings
         Debtor(s)                          ) Judge Arthur I. Harris

## TRUSTEE'S MOTION TO DISMISS CASE

Now comes LAUREN A. HELBLING, the duly appointed, qualified and standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court to dismiss the case of the Debtor ("Debtor") pursuant to Sections 1307 and 1322 of the Bankruptcy Code.  In support of this motion, the Trustee makes the following representations to the Court:

1.      Debtor(s) filed a petition under Chapter 13 of Title 11, U.S.C. on March 20, 2020.  The plan of the Debtor was confirmed on July 13, 2020.  The current plan of the Debtor(s) requires payments to the Trustee in the amount of **$2,346.00** each month.

2.      A review of the Trustee's records indicates that as of the date of this motion, the Debtor(s) is **delinquent $7,483.59 through the July, 2022 payment**.

3.  In addition, the confirmed plan is not feasible because it will not be completed within the sixty month maximum period allowed under 11 U.S.C. Section 1322(d).

4.      Section 1307(c)(1) of the Bankruptcy Code states that unreasonable delay by the debtor that is prejudicial to creditors is grounds for dismissal of the case of the debtor.  In addition, Section 1307(c)(6) of the Bankruptcy Code states that material default by the debtor with respect to the terms of a confirmed plan is grounds for dismissal of the case of the debtor.  Finally, Section 1307(c) of the Bankruptcy Code permits a case to be dismissed for "cause."  The Trustee believes that the failure of the Debtor(s) to maintain payments to the Trustee and failure to complete the plan within the maximum period allowed has unreasonably delayed the administration of the case of the Debtor(s), and ultimately delayed the potential repayment of the creditors of the estate of the Debtor(s).  As a result, cause exists to dismiss the case of the Debtor(s).

5.      The Trustee will not withdraw this motion unless a response is filed and the Debtor(s) remits **$7,483.59** to the Trustee along with the additional payment of **$2,346.00** per month due by the hearing date and takes steps to cause the plan to complete within the 60 month statutory maximum period.

WHEREFORE, your Trustee, being a proper party in interest, moves this Honorable Court to grant this motion and dismiss the case of the debtor for the reasons cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268          Fax (216) 621-4806
ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2022 a true and correct copy of this Trustee's Motion to Dismiss Case was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

WILLIAM J BALENA, on behalf of Debtor(s), at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

ROBERT FRANKLIN TRAVIS JR, Debtor(s), at 1130 HUNTING HOLLOW, GRAFTON, OH 44044

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com