UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Robert Franklin Travis Jr. | ) Case No. 20-11614-aih |
| | | ) Chapter 13 Proceedings |
| | Debtor(s) | ) Judge Arthur I. Harris |

## NOTICE OF PLAN MODIFICATION
## PURSUANT TO ADMINISTRATIVE ORDER 17-04

On 03/20/2020 the debtors filed a petition under Chapter 13 of Title 11, U.S.C. The case and the plan of reorganization in said case are thus governed by the terms and definitions Administrative Order 17-04.

On November 22, 2022, Us Bank Trust na, a Real Property Creditor in the above-captioned case, filed a notice with this Court indicating that the Conduit Payment would be increasing to $1,387.09 beginning with the JANUARY, 2023 payment.

No party in interest filed an objection to the proposed increase, and the period during which such an objection would be considered timely has passed.

The Plan is thus hereby MODIFIED to increase the plan payment to $2,391.09, beginning with the JANUARY, 2023 payment, pursuant to the Order Governing Conduit Mortgage Payments in Chapter 13 Cases.

This Plan Modification does not change the terms of any applicable plan payment moratorium.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on December 14, 2022, a true and correct copy of this Notice of Plan Modification was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J. Balena, on behalf of Robert Franklin Travis Jr., Debtor(s) at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

Robert Franklin Travis Jr., Debtor(s), 1130 Hunting Hollow, Grafton, Oh 44044

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806

12/14/2022